Sharon P. Margello, Esq.
Curtis G. Fox, Esq.
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
(973) 656-1600
sharon.margello@ogletreedeakins.com
curtis.fox@ogletreedeakins.com
Attorneys for Defendants
Pratt Industries, Inc. and Pratt (Target Container), Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------
CARMEN CASTRO,                            :     Hon. _____
                                          :     Case No. _____
              Plaintiff,                  :
                                          :          *Civil Action*
v.                                        :
                                          :     **RULE 7.1 DISCLOSURE STATEMENT**
PRATT INDUSTRIES, INC. and PRATT          :
DISPLAY,                                  :
                                          :
              Defendants.                 :
---------------------------------------------------------

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel certifies that Defendant Pratt (Target Container), Inc., incorrectly named as Pratt Display, is a privately held corporation and a wholly-owned subsidiary of Defendant Pratt Industries, Inc. There is no parent corporation or publicly held corporation that owns 10% or more of stock in Pratt Industries, Inc.

          s/Curtis G. Fox
          Sharon P. Margello, Esq.
          Curtis G. Fox, Esq.

Dated: January 9, 2015

19995122.1