AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| Carmen Castro )<br>*Plaintiff* )<br>v. )<br>Pratt Industries, Inc. and Pratt Display )<br>*Defendant* ) | Case No.  15 cv 00188 (SRC) (CLW) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Carmen Castro

Date:  02/22/2016

s/ Edgar M. Rivera
*Attorney's signature*

Edgar M. Rivera [ER-1378]
*Printed name and bar number*

The Harman Firm LLP
220 Fifth Avenue, Suite 900
New York, NY 10001
*Address*

erivera@theharmanfirm.com
*E-mail address*

(212) 425-2600
*Telephone number*

(212) 202-3926
*FAX number*