# THE HARMAN FIRM, LLP

**Attorneys & Counselors At Law**
**www.theharmanfirm.com**

---

September 1, 2016

**VIA ECF**

Magistrate Judge Cathy L. Waldor
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07101

> **Re:**   ***Carmen Castro v. Pratt Industries, Inc. et al.,*** 15 CV 0188

Dear Judge Waldor:

This firm represents Plaintiff Carmen Castro in the above-referenced employment action.

Plaintiff's and Defendants' counsel have conferred and resolved the issues presented in Plaintiff's August 22, 2016 letter. Accordingly, Plaintiff withdraws the request made in that letter to file a discovery motion.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*Edgar Rivera*

Edgar M. Rivera

cc:   Curtis G. Fox, Esq. [via ECF]
      Sharon P. Margello, Esq. [via ECF]